IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Steven Laney, individually and on behalf of all others similarly situated,<br><br>PLAINTIFFS<br><br>v.<br><br>South Carolina Farm Bureau Insurance Company, et al.,<br><br>DEFENDANTS | Case No. 3:18-cv-02730-TLW<br><br><br>Order |

This matter is before the Court on Opt-In Plaintiff Travis Simpson's consent motion to dismiss with prejudice his claims against Defendants in this action, with Simpson and Defendants to bear their own costs and attorneys' fees. Pursuant to Rule 41(a)(2) and with the consent of the relevant parties, the motion, ECF No. 128, is **GRANTED**. Simpson's claims against Defendants are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

*s/ Terry L. Wooten*
Terry L. Wooten
Senior United States District Judge

January 8, 2021[1]
Columbia, South Carolina

---

[1] The original order was filed on December 8, 2020. This revised order is entered on the above date to correct a scrivener's error pursuant to Rule 60(a).

1