IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Steven Laney, individually and on behalf of all others similarly situated,<br><br>PLAINTIFFS<br><br>v.<br><br>South Carolina Farm Bureau Insurance Company, et al.,<br><br>DEFENDANTS | Case No. 3:18-cv-2730-TLW<br><br><br>**Order** |

This matter is before the Court on Plaintiff Steven Laney's, and Opt-In Plaintiffs Byron L. Sheppard's and Sherri Rene Bone's consent motion to dismiss with prejudice their claims against Defendants in this action, with Laney, Sheppard, Bone, and Defendants to bear their own costs and attorneys' fees. Pursuant to Rule 41(a)(2) and with the consent of the relevant parties, the motion, ECF No. 130, is **GRANTED**. Laney's, Sheppard's, and Bone's claims against Defendants are **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED**.

*s/ Terry L. Wooten*
Terry L. Wooten
Senior United States District Judge

January 8, 2021
Columbia, South Carolina

1